UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br>   Petitioner,<br> v.<br>GIGI MATTESON, Warden,<br>   Respondent. | Case No. 21-cv-05027-KAW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, an inmate at California State Prison, Solano ("SOL"), in Vacaville, proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 seeking expedited release because he has underlying health conditions that make him susceptible to Covid19 and because of unsafe and inadequate Covid19 protocols at SOL. Petitioner was convicted and sentenced in the Sacramento County Superior Court. Both Sacramento County and SOL are located in the Eastern District of California.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the proper district in the furtherance of justice. *Id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993). But if the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner challenges the manner in which his sentence is being executed. Therefore, the

district of confinement, the Eastern District, is the proper venue for this proceeding. Even if Petitioner challenged his conviction or sentence, the proper district would also be the Eastern District.

Accordingly, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action to the United States District Court for the Eastern District of California.

All pending motions are TERMINATED on this Court's docket.

IT IS SO ORDERED.

Dated: July 30, 2021

KANDIS A. WESTMORE
United States Magistrate Judge