1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHANDRA KISHOR,                          No.  2:21-cv-1359 JAM DB P

12              Petitioner,

13        v.                                   ORDER

14   GIGI MATTESON, Warden,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 18, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within fourteen days.  (ECF No. 12.)

23   Petitioner has filed objections to the findings and recommendations.  (ECF No. 16.)

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 18, 2021, are adopted in full;

2.  Petition is dismissed without leave to amend; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.


Dated:  September 23, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE